# STATE OF LOUISIANA
# SECRETARY OF STATE

6/10/08

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

BLUE CROSS & BLUE SHIELD OF LOUISIANA
AKA LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY
MS. MICHELE S. CALANDRO
P. O. BOX 98029
BATON ROUGE, LA 70898-8029

SUIT NO: 656439
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

OCHSNER CLINIC FOUNDATION, ETAL
vs
NORA M. BLAKE, ETAL

RECEIVED
JUN 1 1 2008
LEGAL AFFAIRS

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on: JAY DARDENNE          Date: 6/09/08 at 3:00 PM
Served by: J. BROWN              Title: DEPUTY SHERIFF

| Received | Number | Date | Paid By | Amount |
|---|---|---|---|---|
| CHECK/M.O. | 1446 | 5/21/08 | BLOOM LEGAL, LLC | 25.00 |

RG

### NO. 693487



(101) Citation: ISS THIRD PARTY DEMAND ON OPEN ACCOUNT; 080530-2593-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

OCHSNER CLINIC FOUNDATION, OCHSNER
FOUNDATION HOSPITAL
versus
NORA M. BLAKE, BLUE CROSS BLUE SHIELD OF LA

To: BLUE CROSS BLUE SHIELD OF LA
THROUGH LOUISIANA SECRETARY OF STATE

Case: 658-429   Div: "A"
D 1 NORA M. BLAKE

SGM001446M25.00
EBR#001447$27.92

DIV. A
JUDGE JOAN S. BENGE

SERVED ON
JAY DARDENNE
JUN 09 2008
SECRETARY OF STATE
COMMERCIAL DIVISION

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the THIRD PARTY DEMAND ON OPEN ACCOUNT of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney NORA M. BLAKE and was issued by the Clerk of Court on the 30th day of May, 2008.

Tamara V. Davis, Deputy Clerk of Court
for Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISS THIRD PARTY DEMAND ON OPEN ACCOUNT; 080530-2593-1

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this _____ day of _____, _____.

SERVICE: $ _____     BY: _____
MILEAGE: $ _____          Deputy Sheriff
TOTAL: $ _____

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 658429                                          DIVISION "A"

OCHSNER CLINIC FOUNDATION
and
OCHSNER FOUNDATION HOSPITAL

VERSUS

NORA M. BLAKE

VERSUS

BLUE CROSS BLUE SHIELD OF LOUISIANA

FILED: _____          _____
                                        DEPUTY CLERK

FILED FOR RECORD
MAY 20 2008
CLERK OF COURT
PARISH OF JEFFERSON, LA
CODED

## THIRD PARTY DEMAND ON OPEN ACCOUNT

I.

The allegations contained in Paragraph 1 are admitted.

II.

The allegations contained in Paragraph 2 are admitted.

III.

The allegations contained in Paragraph 3 are admitted.

IV.

The allegations contained in Paragraph 4 are denied.

AND NOW, the defendant, Nora Blake, asserts the following:

I.

Made Third-Party Defendant herein is:

Blue Cross Blue Shield of Louisiana, registered to and doing business in the State of Louisiana.

II.

On or about July 21, 2007, the plaintiff, Nora Blake had services rendered at Ochsner Hospital. Ms Blake was a patient at Ochsner previously, and the hospital had knowledge that Ms. Blake was insured through HUD with Blue Cross Blue Shield of Louisiana, as Ms. Blake was a federal employee.

IMAGED MAY 29 2008

III.

At all times relevant, there was full force and effect a health insurance policy by HUD's federal employee policy in favor of Nora Blake which included hospital bills.

WHEREFORE, Nora Blake prays that this Answer be deemed good and sufficient, and that there be judgment in favor of Nora Blake, dismissing the Suit on Open Account in its entirety, and that there be judgment in favor of Nora Blake and against Blue Cross Blue Shield of Louisiana for all costs of these proceedings. Third-Party Plaintiff, Nora Blake, prays that Third-Party Defendant, Blue Cross Blue Shield of Louisiana, be duly cited and served with a copy of this Third-Party Demand, and that after due proceedings, there be judgment in favor of Third-Party Plaintiff, Nora Blake, and against Third-Party Defendant, Blue Cross Blue Shield Louisiana. Nora Blake prays that in the event that there be judgment in favor of the original plaintiff, Ochsner Clinic Foundation and Ochsner Foundation Hospital, then in that event, there be an identical judgment in favor of Nora Blake and against Blue Cross Blue Shield of Louisiana for a complete indemnification as well as attorney's fees, judicial interest from the date of judicial demand and for all costs of these proceedings.

Respectfully submitted:

_/s/ Seth Bloom_

Seth Bloom (28498)
Bloom Legal LLC
700 Camp Street
New Orleans, LA 70130
(504) 599-9997
(504) 595-3208
sjb@bloomlegal.com

**PLEASE SERVE:**
Through Louisiana Secretary of State
Jay Dardenne
Blue Cross Blue Shield of Louisiana
PO Box 98024
Baton Rouge, LA 70898-9024

MAY 29 2008

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.

**bloom legal**

Seth J. Bloom, Attorney at Law

Date: June 11, 2008
To: Angel
Fax Number: 225-297-2740
Pages: 6 including cover
Re: Nora Blake Original Petition

From: Seth J. Bloom
Bloom Legal, LLC
700 Camp Street, Ste 212
New Orleans, LA 70130
Phone: 504-528-9500
Fax: 504-595-3208

Comments:

THE ORIGINAL (WILL) (WILL NOT) BE SENT BY U.S. MAIL

## CONFIDENTIALITY NOTICE

This facsimile transmission, and the documents accompanying it, may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended for the use of the individual to whom it is sent and, if you are not the intended recipient, any disclosure, distribution, copying or other dissemination of this information is prohibited. If you have received this transmission in error please notify the sending party immediately to arrange for its return.

**DIV. A**
**JUDGE**
**JOAN S. BENGE**

(1017) Citation: ISSUE SUIT ON OPEN ACCOUNT EXHIBIT A    080417-4986-7

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

OCHSNER CLINIC FOUNDATION, OCHSNER
FOUNDATION HOSPITAL                    Case: 658-428   DIV. "A"
versus                                 P-1 OCHSNER CLINIC
NORA M. BLAKE                          FOUNDATION

To: NORA M. BLAKE
1161 CANDLELIGHT DRIVE
MARRERO, LA 70072

**PARISH OF JEFFERSON:**

You are hereby summoned to comply with the demand contained in the SUIT ON OPEN ACCOUNT/EXHIBIT A of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney A. ROBERT MCCOMISKEY and was issued by the Clerk Of Court, on the 14th day of April, 2008.

/s/ K. Adams
Kasaidy M. Adams, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

(101) Citation: ISSUE SUIT ON OPEN ACCOUNT, EXHIBIT A    080417-4986-7

**SERVICE INFORMATION**

Received on the _____ day of _____ and on the _____ day of _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person; said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this _____ day of _____

SERVICE $ _____
MILEAGE $ _____        BY _____
TOTALS $ _____         Deputy Sheriff



**DIV. A**
JUDGE
JOAN S. BENGE

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 658420     OCHSNER CLINIC FOUNDATION     DIVISION " "
and
OCHSNER FOUNDATION HOSPITAL

VERSUS

NORA M. BLAKE

FILED: _____

                     DEPUTY CLERK

### SUIT ON OPEN ACCOUNT

The petition of Ochsner Clinic Foundation and Ochsner Foundation Hospital, Louisiana corporations with their principal place of business in the Parish of Jefferson, State of Louisiana, with respect represents that:

I.

Made defendant is Nora M. Blake, resident of and domiciled in the Parish of Jefferson, State of Louisiana.

II.

Plaintiff sold and delivered to defendant various items and services on open account in the total amount of $46,919.32, with recent credit payment totaling $12,113.23, as follows: 1.) Ochsner Clinic Foundation account in the amount of $45,440.05; 2.) Ochsner Clinic Foundation account in the amount of $741.90; 3.) Ochsner Clinic Foundation account in the amount of $264.62; 4.) Ochsner Clinic Foundation account in the amount of $256.95; 5.) Ochsner Foundation Hospital account in the amount of $186.00; and 6.) Ochsner Foundation Hospital account in the amount of $30.00.

III.

Demand pursuant to LSA R.S. 9:2781, was made on defendant on January 7, 2008, by certified mail return receipt as appears from Exhibit A hereto.

IV.

Defendant is indebted to plaintiffs in the total sum of $46,919.52, with recent credit payment totaling $12,113.23, plus legal interest, court costs and reasonable attorney's fees.

WHEREFORE, plaintiffs, Ochsner Clinic Foundation and Ochsner Foundation Hospital, prays that defendant, Nora M. Blake, be duly cited to appear and answer this petition and that after all legal delays that there be judgment herein in favor of plaintiffs, Ochsner Clinic Foundation and Ochsner Foundation Hospital, and against defendant, Nora M. Blake, in the total sum of $46,919.52, with recent credit payment totaling $12,113.23, plus reasonable attorney's fees, court costs and legal interest.

Respectfully submitted,

Robert McComiskey (Bar #9160)
3228 6th Street, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 837-3428
Attorney for Plaintiff

PLEASE SERVE:
Nora M. Blake
1161 Candlelight Drive
Marrero, LA 70072

2

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

**ROBERT McCOMISKEY**
ATTORNEY & COUNSELOR AT LAW
3225 6ᵗʰ STREET, SUITE 100
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 837-3425
FAX (504) 837-3526

January 7, 2008

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
Nora M. Blake
1161 Candlelight Drive
Marrero, LA 70072

RE: Your Accounts With:
Ochsner Clinic Foundation,
Account No. ████████, Claim $45,440.05
Account No. ████████, Claim $741.90
Account No. ████████, Claim $264.62
Account No. ████████, Claim $256.95
and
Ochsner Foundation Hospital
Account No. ████████, Claim $186.00
Account No. ████████, Claim $30.00
Total Claim: $46,919.52

Dear Ms. Blake:

In accordance with Louisiana Revised Statute 9:2781, we hereby provide you with this written demand for payment in full on the above referenced accounts.

Failure to receive your payment will cause suit to be filed against you for the amounts owed, plus attorney fees, court costs and legal interest, should judgment be rendered against you by the court.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you are a member of the armed services, please contact us upon receipt of this letter.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please guide yourself accordingly.

Yours very truly,

Robert McComiskey
RM:bt

**FILE COPY**


EXHIBIT A





From: Bloom Legal    504 585 3203    08/11/2008 14:59    #265 P. 006/005



**DIV. A**
**JUDGE**
**JOAN S. BENGE**

## 24ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO.  65842                    OCHSNER CLINIC FOUNDATION                    DIVISION " "
                                          and
                              OCHSNER FOUNDATION HOSPITAL

                                        VERSUS

                                    NORA M. BLAKE

FILED: _____          _____
                                                     DEPUTY CLERK

### SUIT ON OPEN ACCOUNT

The petition of Ochsner Clinic Foundation and Ochsner Foundation Hospital, Louisiana corporations with their principal place of business in the Parish of Jefferson, State of Louisiana, with respect represents that:

**I.**

Made defendant is Nora M. Blake, resident of and domiciled in the Parish of Jefferson, State of Louisiana.

**II.**

Plaintiff sold and delivered to defendant various items and services on open account in the total amount of $46,919.52, with recent credit payment totaling $12,113.23, as follows: 1.) Ochsner Clinic Foundation account in the amount of $45,440.05; 2.); Ochsner Clinic Foundation account in the amount of $741.90; 3.) Ochsner Clinic Foundation account in the amount of $264.62; 4.) Ochsner Clinic Foundation account in the amount of $256.95; 5.) Ochsner Foundation Hospital account in the amount of $186.00; and 6.) Ochsner Foundation Hospital account in the amount of $30.00.

**III.**

Demand pursuant to LSA R.S. 9:2781, was made on defendant on January 7, 2008, by certified mail return receipt as appears from Exhibit A hereto.

From:Bloom Legal        604 595 3208        06/11/2008 14:35     #286 P.003/008



IV.

Defendant is indebted to plaintiffs in the total sum of $46,919.52, with recent credit payment totaling $12,113.23, plus legal interest, court costs and reasonable attorney's fees.

WHEREFORE, plaintiffs, Ochsner Clinic Foundation and Ochsner Foundation Hospital, prays that defendant, Nora M. Blake, be duly cited to appear and answer this petition and that after all legal delays that there be judgment herein in favor of plaintiffs, Ochsner Clinic Foundation and Ochsner Foundation Hospital, and against defendant, Nora M. Blake, in the total sum of $46,919.52, with recent credit payment totaling $12,113.23, plus reasonable attorney's fees, court costs and legal interest.

Respectfully submitted,

Robert McComiskey (Bar #9160)
3228 6th Street, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 837-3428
Attorney for Plaintiff

PLEASE SERVE:
Nora M. Blake
1161 Candlelight Drive
Marrero, LA 70072

2

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

**ROBERT McCOMISKEY**
ATTORNEY & COUNSELOR AT LAW
3228 6th STREET, SUITE 108
METAIRIE, LOUISIANA 70002
TELEPHONE (504) 837-3421
FAX (504) 837-3526

January 7, 2008

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
Nora M. Blake
1161 Candlelight Drive
Marrero, LA 70072

RE: Your Accounts With:
Ochsner Clinic Foundation
Account No. ████████, Claim $45,440.05
Account No. ████████, Claim $741.90
Account No. ████████, Claim $264.62
Account No. ████████, Claim $256.95
and
Ochsner Foundation Hospital
Account No. ████████, Claim $186.00
Account No. ████████, Claim $30.00
Total Claim: $46,919.52

Dear Ms. Blake:

In accordance with Louisiana Revised Statute 9:2781, we hereby provide you with this written demand for payment in full on the above referenced accounts.

Failure to receive your payment will cause suit to be filed against you for the amounts owed, plus attorney fees, court costs and legal interest, should judgment be rendered against you by the court.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

If you are a member of the armed services, please contact us upon receipt of this letter.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Please guide yourself accordingly.

Yours very truly,

Robert McComiskey
RM:bt


FILE COPY


EXHIBIT A

